UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 08, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

CHRISTIAN CEPHAS-HUBBARD,

       Defendant.

Case No.  2:26-cr-00048-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   CHRISTIAN CEPHAS-HUBBARD,

Case No.  2:26-cr-00048-TLN , Charge 18 USC § 922(a)(1)(A), from custody for the

following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $

    X    Unsecured Appearance Bond $  15,000.00

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

       (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 08, 2026, at 3:00 PM.

By:  _____

Magistrate Judge Allison Claire